# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

SCANNED at MENARD and E-mailed
2-6-23 by SS  26 pages
Date  initials  No.

Petitioner: David Barney
(the name under which you were convicted)

Prisoner No: R15887

v.

Case Number: 23-379-SMY
(To be supplied by Clerk's Office)

Respondent: Illinois Department of Correction
(authorized person having custody of Petitioner)

Place of Confinement: Menard C.C.

## PETITION UNDER 28 U.S.C. § 2254
## FOR WRIT OF HABEAS CORPUS
## BY A PERSON IN STATE CUSTODY

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Cook County Criminal Courts building. 2650 S. California, Chicago IL 60608

   (b) Criminal docket or case number: CR18 6001, CR185201

2. (a) Date of the judgment of conviction: 7-14-2018

   (b) Date of sentencing: 7-14-2018

   (c) Date of trial or plea: 7-14-2018

3. Length of sentence: Class X 6 years, Class 3 - 2 years, Consecutive Sentence.

4. In this case, were you convicted on more than one count or of more than one crime? ☒ Yes ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case: Burglery - To a burned down building. Att burglery to a abandond burned up house. Property of the State same court day, same judge. one plea enhancement

(Rev. 4/2010)

-1-

6.   (a)   What was your plea?

- ☐ Not guilty
- ☒ Guilty
- ☐ Nolo contendere (no contest)
- ☐ Insanity plea

for delay in process

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, to which counts did you plead guilty and to which did you plead not guilty?

I Pleaded guilty to both charges - enhancement same Time and day

(c) If you went to trial, what kind of trial did you have? No    ☐ Jury only    ☐ Judge

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?    ☒ Yes    ☐ No

8. Did you appeal from the judgment of conviction?    ☒ Yes    ☐ No

9. If you did appeal, answer the following:

(a) Name of court: Circuit Court, of Cook County. Post conviction.

(b) Docket or case number: No Sure Post Conviction 2021

(c) Result: It was denied

(d) Date of result: Not sure, 2021

(e) Citation to the case: Not Sure

(f) Grounds raised: Indictment was Fundamentally Void and defective, no victim statement of what was damage or burglarized, or stolen. Class X Sentence Criteria was for the crimes, violent offenses. 120 days trial delay. Federal Rule Violation. 120 day due process violation; ineffective Council. Bail denied. Asked for trial repeatedly, Never given the opportunity to go to trail. missing transcripts. With holding court day transcripts. from 3-9-2018, to 7-14-2018 I had been to court 8 times delay of due Process.

    (g)    Did you seek further review by a higher state court?    ☒ Yes    ☐ No

If YES, answer the following:

    (1)    Name of court: Appellet Court

    (2)    Docket or case number: Not Sure 2021

    (3)    Result: Granted

    (4)    Date of result: ~~____~~ 2021

    (5)    Citation to the case: Not Sure

    (6)    Grounds raised: Grounds raised in 9-F

    (h)    Did you file a petition for certiorari in the United States Supreme Court?
        ☒ Yes    ☐ No

If YES, answer the following:

    (1)    Docket or case number: Not Sure 2021

    (2)    Result: They said I did not File appropriatly

    (3)    Date of result: 2021

    (4)    Citation to the case: Not Sure

10. Other than the direct appeals listed above, have you previously filed any other post-conviction petitions, applications, or motions concerning <u>this</u> judgment of conviction in any state court?
    ☐ Yes    ☒ No

11. If your answer to Question 10 was YES, give the following information:

    (a)  (1)    Name of court:

          (2)    Docket or case number:

          (3)    Date of filing:

          (4)    Nature of the proceeding:

    (5)    Grounds raised:

    (6)    Did you receive a hearing where evidence was given on your petition, application, or motion? Not all evidence, Transcripts, Pictures of location was not givin
        ☐ Yes    ☒ No

    (7)    Result: ineffective transcripts

    (8)    Date of result: 2021

(b)    If you filed any second petition, application, or motion, give the same information:

    (1)    Name of court:

    (2)    Docket or case number:

    (3)    Date of filing:

    (4)    Nature of the proceeding:

    (5)    Grounds raised:

    (6)    Did you receive a hearing where evidence was given on your petition, application, or motion?
        ☐ Yes    ☐ No

    (7)    Result:

    (8)    Date of result:

    (c)    If you filed any third petition, application, or motion, give the same information:

        (1)    Name of court:

        (2)    Docket or case number:

        (3)    Date of filing:

        (4)    Nature of the proceeding:

        (5)    Grounds raised:

        (6)    Did you receive a hearing where evidence was given on your petition, application, or motion?
                ☐ Yes         ☐ No

        (7)    Result:

        (8)    Date of result:

    (d)    Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

        (1) First petition:   ☐ Yes         ☐ No

        Result:

        (2) Second petition:   ☐ Yes         ☐ No

        Result:

(3) Third petition:   ☐ Yes   ☐ No

Result:

(e)   If you did not appeal to the highest state court having jurisdiction, explain why you did not:

12.  **TIMELINESS OF PETITION**: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations contained in 28 U.S.C. § 2244(d) does not bar your petition. lack of lawyers poor person. Pandemic. Incarcerated, lack of legal oppertunitys. No legal assistance givin

13.  For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. **State only the facts supporting each ground – do not argue or cite law.**

     **CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground raised in the petition. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

---

[1] The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") contained in 28 U.S.C. § 2244(d) provides in part that: (1) A 1-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -
  (A)  the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
  (B)  the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;
  (C)  the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
  (D)  the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2)  The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

**GROUND ONE:**

(a) **Supporting facts:** Indictment was fundamentally void and defective. No victim statement of what was stolen, damaged or burglarized. Lacked Class X sentence criteria, of violent offenses. 120 days delay of trial. Federal rule due process speedy trial violation. Ineffective counsel. Bail denied. Ask for trial repeatedly. Never giving the opportunity to go to trial. Other asking. Withholding transcripts. Delay in due process.

(b) If you **did not** exhaust your state remedies on Ground One, explain why:

(c) **Direct Appeal of Ground One:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       ☒ Yes   ☐ No
   (2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**
   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
       ☒ Yes   ☐ No
   (2) If your answer to Question (d)(1) is YES, state: The courts did not diligently look into my findings.

   Type of motion or petition: Post Conviction

   Name and location of the court where the motion or petition was filed: Cook County criminal Courts building. 2650 South California Ave. Chicago Ill 60608
   Docket or case number: No Sure 2021

   Date of the court's decision: Not Sure 2021

Result (attach a copy of the court's opinion or order, if available): Denied

(3) Did you receive a hearing on your motion or petition?  ☑ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition? ☑ Yes  ☐ No

(5) If your answer to Question (d)(4) is YES, did you raise this issue in the appeal?
☑ Yes  ☐ No

(6) If your answer to Question (d)(4) is YES, state: ~~they still denied it~~ granted

Name and location of the court where the appeal was filed: 1 District Appellate Clerks Office 160 North Lasalle St, Chicago, Ill 60601

Docket or case number: Not Sure 2021

Date of the court's decision: Not Sure 2021

Result (attach a copy of the court's opinion or order, if available): Granted. Stay.

(7) If your answer to Question (d)(4) or Question (d)(5) is NO, explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

**GROUND TWO:**

(a) Supporting facts: Withholding transcripts. delay in due process of law federal violation. Withholding evidence.

(b) If you **did not** exhaust your state remedies on Ground Two, explain why:

(c) **Direct Appeal of Ground Two:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       ☑ Yes    ☐ No
   (2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**
   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
       ☑ Yes    ☐ No
   (2) If your answer to Question (d)(1) is YES, state: Post Conviction Withholding evidence
       Type of motion or petition: Post Conviction
       Name and location of the court where the motion or petition was filed: Cook County Criminal Court 2650 S California Ave, Chicago IL 60608
       Docket or case number: Not Sure 2021
       Date of the court's decision: Not Sure 2021

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☒ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☒ Yes ☐ No

(5) If your answer to Question (d)(4) is YES, did you raise this issue in the appeal?
☒ Yes ☐ No

(6) If your answer to Question (d)(4) is YES, state: I felt I should appeal

Name and location of the court where the appeal was filed: 1st District Appellate Clerks office 160 North Lasalle st. Chicago IL 60601

Docket or case number: Not sure 2021

Date of the court's decision: Not sure 2021

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is NO, explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two.

(Rev. 4/2010)

-11-

**GROUND THREE:**

(a) **Supporting facts:** Ineffective Councel

(b) If you **did not** exhaust your state remedies on Ground Three, explain why:

(c) **Direct Appeal of Ground Three:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
    ☑ Yes   ☐ No
  (2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**
  (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
    ☑ Yes   ☐ No
  (2) If your answer to Question (d)(1) is YES, state: Did not give me a Fair trail

   Type of motion or petition: Post Conviction

   Name and location of the court where the motion or petition was filed: Cook County Court 2650 S. California Ave Chicago, IL 60608

   Docket or case number: Cook County Criminal Court 2650 S. Co Not Sure 2021

   Date of the court's decision: Not Sure 2021

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☑ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☑ Yes ☐ No

(5) If your answer to Question (d)(4) is YES, did you raise this issue in the appeal?
☑ Yes ☐ No

(6) If your answer to Question (d)(4) is YES, state: Was in IDOC. Lost Contact with P.D

Name and location of the court where the appeal was filed:
1 District Appellate Clerks office 160 N. Lasalle St, Chicago, IL 60601

Docket or case number: Not Sure 2021

Date of the court's decision: Not Sure 2021

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is NO, explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

**GROUND FOUR:**

(a) **Supporting facts:** asked for trail repeatly never givin the oppertunity to go to trail. OFther asking repeatly.

(b) If you **did not** exhaust your state remedies on Ground Four, explain why:

(c) **Direct Appeal of Ground Four:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
   ☒ Yes   ☐ No

   (2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**
   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
   ☒ Yes   ☐ No

   (2) If your answer to Question (d)(1) is YES, state: Asked for trail. Was denied

   Type of motion or petition: Post conviction

   Name and location of the court where the motion or petition was filed: Cook County Criminal Courts. 2650 S. California Ave Chicago Ill 60608
   Docket or case number: Not Sure 2021

   Date of the court's decision: Not Sure 2021

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?   ☒ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?   ☒ Yes   ☐ No

(5) If your answer to Question (d)(4) is YES, did you raise this issue in the appeal?   ☒ Yes   ☐ No

(6) If your answer to Question (d)(4) is YES, state: Asked for trail was denied

Name and location of the court where the appeal was filed: 1st District Appellate Clerks Office 160 North Lasalle St. Chicago IL 60601

Docket or case number: Not Sure 2021

Date of the court's decision: Not Sure 2021

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is NO, explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

14. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   ☒ Yes   ☐ No

   If your answer is NO, state which grounds have not been so presented and give your reason(s) for not presenting them:

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: No

15. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   ☐ Yes   ☒ No

   If YES, state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

16. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   ☐ Yes   ☒ No

   If YES, state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

(Rev. 4/2010)                                    -16-

17. Give the name and address of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: Not Sure 2018 3-9-2018 to 3-12-2018, to 3-14-2018 & 3-17-2018

    (b) At arraignment and plea: Samantha Slorim married now Not Sure last name

    (c) At trial:

    (d) At sentencing: Samantha Slorim

    (e) On appeal: Samantha Slorim

    (f) In any post-conviction proceeding: Not Sure 2021

    (g) On appeal from any ruling against you in a post-conviction proceeding: Not Sure 2021

18. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   ☐ Yes   ☒ No

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

    (b) Give the date the other sentence was imposed:

    (c) Give the length of the other sentence:

    (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   ☐ Yes   ☐ No

In light of the foregoing, Petitioner asks the Court to grant the following relief: Investigate and dismiss these charges, for lack of burglary criteria.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this petition was placed in the prison mailing system on  12-21-2022  .
                                                                                                (month, date, year)

Signed on: 12-21-2022
               (date)

711 Kaskaskia St.
      Street Address

Menard, IL 62259
      City, State, Zip

_David Barney_
Signature of Petitioner

David Barney
Printed Name

_____
Signature of Attorney (if any)

If the person signing is not Petitioner, state relationship to Petitioner and explain why Petitioner is not signing this motion.

(Rev. 4/2010)                                                        -18-

**United States District Court**
**SOUTHERN DISTRICT OF ILLINOIS**

The People of
Illinois Department of Correction
_____ Plaintiff,

VS.

David Barney
_____ Defendant

)
)
)
)
)
)
)
)
)

CR18 5201
Case No.: CR18 6001

## NOTICE OF FILING

TO: Ms. Kim Fox
Cook County State Attorney
69 W. Washington
Chicago, IL 60602

TO: 1st District Appellate
Clerk's Office
160 N. Lasalle Street
Chicago, IL 60601

TO: Clerks Office
Suprem Court building
200 E Capitol
Springfield, IL 62701

TO: Dorthy Brown Clerks office
50 W. Washington Suite 1001
Chicago, IL 60602

PLEASE TAKE NOTICE that on 12-21 _____, 20 22, I have provided service to the person(s) listed above by the following means:

☐ Electronically filed through _____ Correctional Law Library

☑ Institutional mail at Menard _____ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

### DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 USC 1746 and 18 USC 1621, I declare under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

Date: 12-21-22

/s/ David Barney
NAME: David Barney
IDOC#: R15887
Menard _____ Correctional Center
P.O. Box 1600
Menard _____, IL 62259



2-6-23

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

### ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Name: **Barney, David**     ID Number: **R15887**

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?  **Yes** or No

   If this is a habeas case, please circle the related statute: 28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?  Yes or **No**

   If yes, please list case number: N/A

   If yes, but you do not know the case number mark here: ___

3. Should this document be filed in a pending case?  Yes or **No**

   If yes, please list case number: N/A

   If yes, but you do not know the case number mark here: ___

4. Please list the total number of pages being transmitted: **26**

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| Petition Under 28 U.S.C. §2254 For Writ of Habeas Corpus By A Person In State Custody | 18 |
| Notice of Filing | 1 |
| Motion For Recruitment of Counsel | 2 |
| Application For Waiver of Court Fees | 3 |
| Order For Waiver of Court Fees | 2 |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.