## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DAVID BARNEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 23-cv-379-SMY |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTION, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order (Doc. 7), Petitioner's failure to respond, and the Order of Dismissal (Doc. 8), this matter is **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED: May 22, 2024**

MONICA A. STUMP,
Clerk of Court

By: s/Stacie Hurst, Deputy Clerk

**Approved:**

_____
**STACI M. YANDLE**
**United States District Judge**